IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv160

| | |
|---|---|
| BARBARA McCAMPBELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CRETE CARRIER CORPORATION )<br>and CINDY VICKERY, )<br>)<br>Defendants. )<br>_____) | <br><br><br><br><br>**O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Remand to State Court. [Doc. 3].

For the reasons stated in the parties' Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Remand to State Court [Doc. 3] is **GRANTED**, and this civil action is hereby **REMANDED** to the Superior Court of Buncombe County, North Carolina.

**IT IS SO ORDERED**.

Signed: September 3, 2010

Martin Reidinger
United States District Judge